THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK H. MINNICK, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 1, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Erie County Court, rendered May 23, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Ansley B. Borkowski* and *Edwin L. Dolson* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: HISCOCK, Ch. J.